# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - Wi
FILED

2026 AUG -3 P 3: 49

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

TAURUS Clyde Hill II

v.

(Full name of defendant(s))

STAFF(S) Amoundo

Case Number:

**26-C-1335**

(to be supplied by Clerk of Court)

## A.   PARTIES

1.   Plaintiff is a citizen of United States and resides at
(State)

House OF PEACE 17 WAlNut
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant _____
(Name)

Complaint – 1

Case 2:26-cv-01335-JPS     Filed 08/03/26     Page 1 of 5     Document 1

is (if a person or private corporation) a citizen of __United States__

(State, if known)

and (if a person) resides at __House of Peace__

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __In the Past, Amoundo use to work for St Bens And Amoundo Refuse to Give__

(Employer's name and address, if known)

Hill Clothes And Shower At

(If you need to list more defendants, use another piece of paper.) St Ben's And Mil Waukee Police got Involded, now this Amoundo

B.     STATEMENT OF CLAIM work For the House of Peace, And He's Being Biase toward Mr Hill

On the space provided on the following pages, tell:

1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

Hill is Complaint About Staff, Got Issus Toward Hill And Amoundo hold A gruge Toward, Mr Hill, now on July 31, Hill only need Clother And if You Review Camera. Hill Visit the House of Peace Friday And you'll See. Hill only Got Clother, now their was A Young lady worken July 31 when, Hill shop At house of Peace, now on July 31 the lady You See on Camera While Hill At the Front Desk, Hill Ask the lady For Hygein bag lady You See on Camera She told Me Mr Hill To come Back Monday Then I Can get a Hygein Bag

Complaint – 2

now I Hill return on monday, Aug 3
the Time I Hill Arrived At house of PEACE
were 12:45 I Hill spoke to STAFF And
You'll See Amoundo And I Hill Speaking, now
Amoundo Check Computer And Amoundo, reFuse
to give I Hill Any Assistance I Hill homeless And
staff is being biase toward I Hill and Resentmunt
also Rotailion, And Reveng, now remind You mr Hill
And Amoundo had Issue once before, before
Amoundo worked For House of PEACE, now
I Hill Ask Amoundo For Food, but Amoundo
said, I Hill Pick up food out Pantry I Hill
Told Amound I Hill only Pick up Clother
Friday 31 I Hill Told Amoundo And All Staff
who worked monday Aug 3 I Hill Never
Got Food From pantry Friday 31 July
now These Staff At St Ben's, Repair of
the Breach, And House of PEACE Are Being
Bias, Toward, I Hill and other Homeless
Residence, now, I Hill need Camera review
to verify when did I Hill Picked up Food
From Pantry Friday Complaint - 3 Now staff All work
Mon Case 2:26-cv-01335-JPS Filed 08/03/26 Page 3 of 5 Document 1 Food
when you'll See I Hill never Got Food From Pantry only
Clother

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 100,0000 .

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Staff is being biase, Retailing, And Reveng Toward Homeless Residence mr Hill, Amoundo Use to work At st Ben's when First Inncident Occurance, now its And Issue now Amoundo. Works At House of Reace IHill Feel iF Staff Give Homeless Residence A hard Time I Hill Ask Fed court to Investigate And Count the Time IH.II Pick up Food From the House of PEACe Since staff help Amoundo to liar Camera Can Verify IHill never pick up food Friday July 8I IH.II only Picked up Clothec, All Staff is Giving IHill A hard Time and every body who work At House of PEACe IS Treating IH.II UnFairly IHill ASK state to Investigate, And rev... the why IHill Being Treated unfairly By Amoendo and staff who liar Monday 31

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___AUG___ day of ___3_____ 20_26_.

Respectfully Submitted,

_Tauris e Hill V_
Signature of Plaintiff

_414-393-8593_
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

___2407 W Orchard Upper WI. 53204___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5